**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE SAN ANTONIO ROSE PALACE,**<br>**Plaintiff,**<br><br>**v**<br><br>**GREAT DIVIDE INSURANCE COMPANY, RAYMOND BRILL, STEPHEN KLINK, HAAG ENGINEERING COMPANY AND TERRY TAYLOR,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 5:21-CV-00071** |

**DEFENDANTS HAAG ENGINEERING CO. AND
TERRY TAYLOR'S DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1(a), Defendants Haag Engineering Co. ("Haag") and Terry Taylor ("Taylor") makes the following disclosure:

1. Haag Engineering Co. is a non-governmental corporate party.

2. For a non-governmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

**Haag Engineering Co. — Defendant**

All of Haag Engineering Co.'s outstanding stock is privately held by individuals.

3. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. **The San Antonio Rose Palace (Plaintiff)**
c/o Robert W. Loree (counsel)
Stephen Fields
LOREE & LIPSCOMB

The Terrace at Concord Park
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258

2. **Great Divide Insurance Company (Defendant)**
c/o R Brent Cooper (counsel)
Julie A. Shehane
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202

3. **Haag Engineering Co. (Defendant)**
c/o James L Sowder (Counsel)
Drew A. Jones
THOMPSON COE COUSINS & IRONS, LLP
Plaza of the Americas
700 N Pearl Street, 25th Floor
Dallas, Texas 75201

4. **Terry Taylor (Defendant)**
c/o James L Sowder (Counsel)
Drew A. Jones
THOMPSON COE COUSINS & IRONS, LLP
Plaza of the Americas
700 N Pearl Street, 25th Floor
Dallas, Texas 75201

5. **Raymond Brill (Defendant)**

6. **Stephen Klink (Defendant)**

If new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file a supplemental statement with the clerk.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ James L. Sowder*

James L. Sowder
State Bar No. 18863900
Drew A. Jones
State Bar No. 24083269

Plaza of the Americas
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: 214.871.8200
Facsimile: 214.871.8209
Email: jsowder@thompsoncoe.com
drew.jones@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS HAAG ENGINEERING COMPANY AND TERRY TAYLOR**

## CERTIFICATE OF SERVICE

This is to certify that on February 4, 2021, a true and correct copy of the foregoing document was duly served pursuant to the Federal Rules of Civil Procedure upon the counsel listed below:

Robert W. Loree
Stephen Fields
LOREE & LIPSCOMB
The Terrace at Concord Park
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258
(210) 404-1310
rob@lhllawfirm.com
stephen@lhllawfirm.com
**Attorneys for Plaintiff**

R Brent Cooper
Julie A. Shehane
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Facsimile: (214) 712-9540
Brent.Cooper@cooperscully.com
Julie.Shehane@cooperscully.com
**Attorneys for Great Divide Insurance Company**

*/s/ James. L. Sowder*
James L. Sowder