IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **THE SAN ANTONIO ROSE PALACE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GREAT DIVIDE INSURANCE COMPANY, RAYMOND BRILL, STEPHEN KLINK, HAAG ENGINEERING COMPANY AND TERRY TAYLORY**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 5:21-CV-00071-DAE** |

## SCHEDULING RECOMMENDATIONS

The parties recommend (subject to the pending Motion to Remand) that the following deadlines be entered in the scheduling order to control the course of this case:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by April 26, 2021.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by April 26, 2021, and each opposing party shall respond, in writing, by May 10, 2021.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by August 24, 2021.

4. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by July 26, 2021. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by September 9, 2021. All designations of rebuttal experts shall be designated within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written

report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before October 25, 2021. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than December 3, 2021. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If the parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date**.

8. If required, a hearing on dispositive motions will be set by the Court after all responses and replies have been filed

9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

10. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on February 9, 2021, and the parties have (*agreed/disagreed*) as to its contents. The following positions and reasons are given by the parties for the disagreement as to the contents of the proposed scheduling order. Plaintiff offers the following explanation of why all parties have not been served – Not Applicable – all parties have been served.

Respectfully submitted,

By: */s/ Cassandra Pruski (w/ permission)*
Robert W. Loree
State Bar No. 12579200
Cassandra Pruski
State Bar No. 24083690
**LOREE & LIPSCOMB**
The Terrace at Concord Park
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258
Telephone: (210) 404-1320
Facsimile: (210) 404-1310
Email: rob@lhllawfirm.com
Email: cassie@lhllawfirm.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Julie Shehane (w/ permission)*
R. Brent Cooper
State Bar No. 04783250
Julie A. Shehane
State Bar No. 24048794
**COOPER & SCULLY, P.C.**
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540
Email: Brent.Cooper@cooperscully.com
Email: Julie.Shehane@cooperscully.com

**ATTORNEYS FOR DEFENDANT GREAT INSURANCE COMPANY**

*/s/ James L. Sowder*
James L. Sowder
State Bar No. 18863900
Drew A. Jones
State Bar No. 24083269
**THOMPSON, COE, COUSINS, & IRONS, LLP**
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: 214.871.8200
Facsimile: 214.871.8209
Email: jsowder@thompsoncoe.com
Email: drew.jones@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS HAAG ENGINEERING COMPANY AND TERRY TAYLOR**

**CERTIFICATE OF SERVICE**

This is to certify that on February 11, 2020, a true and correct copy of the foregoing document has been forwarded to the following counsel in accordance with the TEXAS RULES OF CIVIL PROCEDURE:

Robert W. Loree
Cassandra Pruski
LOREE & LIPSCOMB
777 E. Sonterra Blvd, Suite 320
San Antonio, Texas 78258
Telephone: (210) 404-1320
Facsimile: (210) 404-1310
Email: rob@lhllawfirm.com
cassie@lhllawfirm.com

R. Brent Cooper
Julie A. Shehane
**COOPER & SCULLY, P.C.**
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540
Email: Brent.Cooper@cooperscully.com
Julie.Shehane@cooperscully.com

*/s/ Drew A. Jones*
Drew A. Jones